# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139957 & (23)

MICHAEL B. CARO and KAREN K. CARO,
      Plaintiffs-Appellees,

v

BORGESS MEDICAL CENTER,
a Michigan corporation,
      Defendant-Appellant,
and

KN LEASING, INC., a Michigan corporation,
d/b/a KALAMAZOO NEUROLOGY, P.C.;
PREMIER MEDICAL CARE, P.C. a Michigan
Professional corporation d/b/a KALAMAZOO
NEUROLOGY, and MICHELLE L. CROOKS,
M.D., Jointly and Severally.
      Defendants-Appellee.

_____

SC:    139957
CoA:  291531
Kalamazoo CC:  B-08-0022-NH

      On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2010

_____
Clerk